IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| TAURUS CENTAUR | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:18cv383 |
| WARDEN, FCI BEAUMONT | § | |

MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Taurus Centaur, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion for summary judgment filed by the respondent be granted and the petition dismissed pursuant to Federal Rule of Civil Procedure 56.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the proposed findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for summary judgment is **GRANTED**. A final judgment will be entered dismissing this petition.

**SIGNED** this the 10 day of **September, 2019.**

_____
Thad Heartfield
United States District Judge